IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LIGATO, | : | CIVIL ACTION |
| **Plaintiff** | : | |
| v. | : | |
| | : | No. 16-5683 |
| WELLS FARGO BANK, N.A., et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this  2nd  day of March, 2018, upon consideration of the parties' submissions and the record,[1] **IT IS HEREBY ORDERED** that the Motion for Summary Judgment of Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant/Counterclaimant Joseph Rumpf ("Rumpf') (ECF 22) is **GRANTED,** and **JUDGMENT** is entered as follows:

(1) Judgment is in entered in favor of Defendant Wells Fargo on Counts III and IV of the Complaint (ECF 1);

(2) Judgment is entered in favor of Defendant Rumpf on Count VI of the Complaint;

(3) Judgment is entered in favor of Defendants Wells Fargo and Rumpf on Counts V and VII of the Complaint; and

(4) Judgment is entered in favor of Counterclaimant Rumpf as to liability on his Counterclaim (ECF 4).

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order dated April 25, 2017, pursuant to 28 U.S.C. § 636(c), the Honorable C. Darnell Jones, II designated the undersigned to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. (ECF 11).